MATTHEW CHOU (CABN 325199)
DANIEL B. TWOMEY (CABN 341488)
Trial Attorneys
U.S. Department of Justice, Antitrust Division

450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (227) 228-5535
matthew.chou@usdoj.gov
daniel.twomey@usdoj.gov

Attorneys for United States of America

FILED

May 19, 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; SHANGHAI UNIVERSAL LOGISTICS EQUIPMENT CO., LTD. a/k/a "Dong Fang International Containers"; CXIC GROUP CONTAINERS CO. LTD.; SINGAMAS CONTAINER HOLDINGS LTD.; BOLIANG MAI; TIANHUA HUANG a/k/a "T.H. Huang"; YONGBO WAN; QIANMIN LI; YUQIANG ZHANG a/k/a "James Zhang"; VICK NAM HING MA a/k/a "Vick Ma"; and SIONG SENG TEO a/k/a "S.S. Teo", <br><br> Defendants. | CASE NO. 25-CR-0311-YGR <br><br> [~~PROPOSED~~] ORDER TO REDACT FOREPERSON'S SIGNATURE, UNSEAL CASE, AND ISSUE SUMMONSES |

Upon motion of the United States and good cause having been shown, the government's motion is GRANTED. The Court orders that:

(1) The Clerk of Court redact the grand jury foreperson's signature—or accept the government's redactions thereof, attached as Exhibit A to the declaration accompanying the government's motion—in the versions of the original Indictment and operative Superseding Indictment that will be publicly

[PROPOSED] ORDER                                            1

available after the case is unsealed;

(2) The above-captioned case, and all filings therein that do not contain the foreperson's unredacted signature, shall be unsealed on today, May 19, 2026 at noon Pacific Time (3:00 p.m. Eastern); and

(3) The four company defendants are commanded to appear in this case pursuant to the summonses signed by the Court.

The government's motion and all its accompanying attachments, along with the Court's order and summons, shall remain sealed until the above-captioned case is unsealed today at noon.

IT IS SO ORDERED this 19th day of May, 2026.

The Honorable THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER                    2