CHRISTOPHER J. CARLBERG (CABN 269242)
MATTHEW CHOU (CABN 325199)
DANIEL B. TWOMEY (CABN 341488)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
Christopher.Carlberg@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; SHANGHAI UNIVERSAL LOGISTICS EQUIPMENT CO., LTD. a/k/a "Dong Fang International Containers "; CXIC GROUP CONTAINERS CO. LTD.; SINGAMAS CONTAINER HOLDINGS LTD.; BOLIANG MAI; TIANHUA HUANG a/k/a "T.H. Huang"; YONGBO WAN; QIANMIN LI; YUQIANG ZHANG a/k/a "James Zhang"; VICK NAM HING MA a/k/a "Vick Ma"; and SIONG SENG TEO a/k/a "S.S. Teo",<br><br>Defendants. | CASE NO. 4:25-CR-00311 YGR<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

Please add attorney CHRISTOPHER J. CARLBERG on behalf of the United States of America in the above-noted case, with an address of:

**U.S. Department of Justice**

**Antitrust Division**

**450 Golden Gate Avenue, Room 10-0101**

**San Francisco, CA 94102**

DATED: August 13, 2026

/s/ *Christopher J. Carlberg*
Christopher J. Carlberg
Assistant Chief
U.S. Department of Justice
Antitrust Division