CHRISTOPHER J. CARLBERG (CABN 269242)
MATTHEW CHOU (CABN 325199)
DANIEL B. TWOMEY (CABN 341488)
U.S. Department of Justice, Antitrust Division

450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (227) 228-5535
christopher.carlberg@usdoj.gov
matthew.chou@usdoj.gov
daniel.twomey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; SHANGHAI UNIVERSAL LOGISTICS EQUIPMENT CO., LTD. a/k/a "Dong Fang International Containers"; CXIC GROUP CONTAINERS CO. LTD.; SINGAMAS CONTAINER HOLDINGS LTD.; BOLIANG MAI; TIANHUA HUANG a/k/a "T.H. Huang"; YONGBO WAN; QIANMIN LI; YUQIANG ZHANG a/k/a "James Zhang"; VICK NAM HING MA a/k/a "Vick Ma"; and SIONG SENG TEO a/k/a "S.S. Teo",<br><br>Defendants. | CASE NO. 25-CR-0311-YGR<br><br>MOTION TO ISSUE SUMMONSES |

The United States moves the Court to issue new summonses, attached together as Exhibit A, to the four company defendants in this case.

On October 2, 2025, a sealed Indictment was returned in the above-captioned matter, and arrest warrants were placed under seal against the six individual defendants named in the October 2, 2025 Indictment who are natural persons (Boliang Mai, Tianhua Huang, Yongbo Wan, Qianmin Li, Yuqiang

Zhang, and Vick Nam Hing Ma a/k/a "Vick Ma"). On January 22, 2026, a Superseding Indictment was returned against the captioned defendants, and an arrest warrant was filed against the additional individual defendant named in the Superseding Indictment who is a natural person (Siong Seng Teo a/k/a "S.S. Teo"). All seven of these individual defendants were believed to reside in China or Singapore.

On April 14, 2026, French authorities arrested and took into custody Vick Ma—one of the seven individual defendants charged in this case pursuant to a Provisional Arrest Warrant request from the United States. Ma's extradition proceedings are pending.

On May 19, 2026, the Court issued an order unsealing the case, and all filings therein, and issued summonses to each of the four corporate defendants commanding them to appear in this case on August 19, 2026 at 10:30 a.m. All four corporate defendants failed to appear at the August 19, 2026 hearing in this matter.

As discussed with the Court at the August 19, 2026 hearing, the United States now respectfully requests that the Court issue new summonses, attached together as Exhibit A to the four company defendants in this case.

DATED: August 20, 2026

Respectfully submitted,

*/s/ Daniel Twomey*
MATTHEW CHOU
DANIEL TWOMEY
Trial Attorneys

CHRISTOPHER J. CARLBERG
Assistant Chief
U.S. Department of Justice
Antitrust Division