CHRISTOPHER J. CARLBERG (CABN 269242)
MATTHEW CHOU (CABN 325199)
DANIEL B. TWOMEY (CABN 341488)
U.S. Department of Justice, Antitrust Division

450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (227) 228-5535
christopher.carlberg@usdoj.gov
matthew.chou@usdoj.gov
daniel.twomey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD.; SHANGHAI UNIVERSAL LOGISTICS EQUIPMENT CO., LTD. a/k/a "Dong Fang International Containers"; CXIC GROUP CONTAINERS CO. LTD.; SINGAMAS CONTAINER HOLDINGS LTD.; BOLIANG MAI; TIANHUA HUANG a/k/a "T.H. Huang"; YONGBO WAN; QIANMIN LI; YUQIANG ZHANG a/k/a "James Zhang"; VICK NAM HING MA a/k/a "Vick Ma"; and SIONG SENG TEO a/k/a "S.S. Teo",<br><br>Defendants. | CASE NO. 25-CR-0311-YGR<br><br>~~[PROPOSED]~~ ORDER TO ISSUE SUMMONSES |

Upon motion of the United States and good cause having been shown, the government's motion is GRANTED. The Court orders that the four company defendants are commanded to appear in this case pursuant to the summonses signed by the Court.

//

//

IT IS SO ORDERED this 26th day of August, 2026.

The Honorable KANDIS A. WESTMORE
United States Magistrate Judge