CHRISTOPHER J. CARLBERG (CABN 269242)
MATTHEW CHOU (CABN 325199)
DANIEL B. TWOMEY (CABN 341488)
U.S. Department of Justice, Antitrust Division

450 Golden Gate Avenue, Suite 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
christopher.carlberg@usdoj.gov
matthew.chou@usdoj.gov
daniel.twomey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHINA INTERNATIONAL MARINE CONTAINERS (GROUP) CO., LTD., et al.,<br><br>Defendants. | CASE NO. 25-CR-00311-YGR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR THE UNITED STATES**<br><br>Hon. Yvonne Gonzalez Rogers |

The undersigned attorney, Matthew Chou, hereby withdraws as counsel for the United States in the above-captioned case. The other above-listed counsel for the United States remain as counsel in the matter.

DATED: October 2, 2026

Respectfully submitted,

/s/ *Matthew Chou*
MATTHEW CHOU
U.S. Department of Justice
Antitrust Division